MINUTE ENTRY   9:45 a.m.

JUNG KYU HUH -vs- MIDLAND NATIONAL LIFE INSURANCE CO., et al

PRESENT:              Hon. Alex R. Munson, Chief Judge Presiding
                      Randy Schmidt, Law Clerk
                      Sanae Shmull, Court Reporter
                      K. Lynn Lemieux, Courtroom Deputy
                      A. Alexander Gorman, Attorney for Plaintiff
                      David Banes, Attorney for Defense

PROCEEDINGS:    MOTION TO COMPEL AND MOTION FOR SANCTIONS

    Plaintiffs were represented in court by Attorney A. Alexander Gorman. Defendants were represented by Attorneys David Banes.

    Attorney Banes reported to the Court that Plaintiff has, just this morning, supplied to him some of the supplement documents that were requested and has agreed to within seven days to supply the rest of the materials. However, the issue of the completion of a deposition is necessary.

    Court ordered that the Plaintiff appear at 10:00 a.m. on April 2, 2004 at the Office of David Banes to continue her deposition hearings. In regard to sanctions, Attorney Banes requested that the Plaintiff pay the difference between a regular transcript and an expedited transcript of the deposition hearing. Court so ordered. If the Plaintiff decides to drop the issue on which she is being deposed that she file that pleading by March 30, 2004 by 11:00 a.m. Further, that she be limited to two weeks in which to review the transcript. Court so ordered.

    Court stated that a written order would be forthcoming.

Adjourned 10:00 a.m.;   [TTP EOD 03/26/2004]