MINUTE ENTRY          8:05 a.m.


 JUNG KYU HUH -vs- MIDLAND NATIONAL LIFE INSURANCE CO., et al


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Randy Schmidt, Law Clerk
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    A. Alexander Gorman, Attorney for Plaintiff
    David Banes, Attorney for Defense

PROCEEDINGS: MOTION FOR JURY TRIAL; MOTION FOR SUMMARY JUDGMENT; MOTION TO STRIKE AND MOTION FOR JUDGMENT ON THE PLEADINGS

 Plaintiffs were represented in court by Attorney A. Alexander Gorman.  Defendants were represented by Attorneys David Banes.

 Attorney Gorman reported to the Court that all counts are still in effect against Midland National.  Further, Attorney Gorman argued the motions.  Attorney Banes argued on the Defendants' behalf.

 Court, after hearing all argument,  stated that the motions would be taken under advisement and that a written order would be forthcoming.


        Adjourned 9:00 a.m.


;   [KLL EOD 04/15/2004]