MINUTE ENTRY            10:30 a.m.

JUNG KYU HUH -vs- MIDLAND NATIONAL LIFE INSURANCE CO.

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Glenn Jewell, Attorney for Plaintiff
   Bill Gavras, Attorney (via telephone)
   David Banes, Attorney for Defendants

PROCEEDINGS: EX PARTE EMERGENCY MOTION

Plaintiffs were represented by Attorney Glenn Jewell. Attorney Bill Gavras appeared (via telephone).  Defendants were represented by Attorney David Banes.

Attorney Jewell argued on behalf of plaintiff.  Attorney Gavras argued.  Attorney Banes made no argument.

Attorney Jewell stated to the Court that a check would be held at his office in a safe until he could get in touch with his client in Korea.

Court, after hearing all argument, stated that the matter would be continued until July 1, 2005 at 9:00 a.m.

       Adjourned 10:45 a.m.


;   [ACH EOD 06/24/2005]