UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
AUG 09 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNG KYU HUH,<br><br>    Plaintiff - Appellant/Cross-Appellee,<br><br>v.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY; et al.,<br><br>    Defendants - Appellees/Cross-Appellants. | Nos. 04-15967 & 04-16048<br><br>D.C. No. CV-02-00048-ARM<br>District of the Northern Mariana Islands<br><br>ORDER<br><br>FILED<br>Clerk<br>District Court<br>AUG 16 2005<br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

The court is in receipt of appellant's correspondence dated August 4, 2005, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Pete Sherwood*

Peter W. Sherwood
Circuit Mediator

A TRUE COPY
ATTEST   8/9/05
CATHY CATTERSON
Clerk of Court

by:_____
Deputy Clerk
This certification does constitute the mandate of the court.